United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

XIAOLI HUANG,

Plaintiff,

v.

BANK OF AMERICA, N.A., et al.,

Defendants.

Case No. 26-cv-06497-NW

**ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL DECLARATION**

Re: ECF No. 27

Before the Court is Plaintiff Xiaoli Haung's administrative motion for leave to file a supplemental declaration in opposition to Defendant Charles Schwab & Co., Inc.'s motion to compel arbitration. ECF Nos. 27, 30; *see also* ECF No. 14. Defendant opposes the motion. ECF No. 28. Plaintiff seeks to submit a supplemental declaration averring to additional facts surrounding the opening of her TD Ameritrade account, reflected in exhibit 1 to Defendant's motion to compel. ECF No. 27 at 1–2; *see also* ECF No. 14-3 ("Exhibit 1"). The Court DENIES Plaintiff's motion to file a supplemental declaration.

Although Plaintiff explains that her additional recollection was triggered by reviewing Defendant's arguments on reply, as Plaintiff acknowledges, Exhibit 1 was presented and argued by Defendant in its motion. ECF Nos. 14-3, 27 at 1–2. Pursuant to Civil L.R. 7-3(d), "[o]nce a reply is filed, no additional memoranda, papers or letters may be filed" except when new evidence was submitted in the reply or if new relevant legal authority was published after the opposition or reply was filed. *See also Banga v. First USA, NA*, 29 F. Supp. 3d 1270, 1276 (N.D. Cal. 2014) (denying leave to file supplementary material where the movant "did not raise a new legal argument or present new evidence in its reply brief.").

Here Plaintiff's supplemental declaration does not fall into either of these exceptions.

Defendant did not offer new evidence in the reply, and Plaintiff offers no new legal authority that has been published since the opposition or reply were filed. Instead, Plaintiff attempts to use her supplemental declaration to offer newly "recalled" facts, which is improper.

**IT IS SO ORDERED.**

Dated: September 22, 2026

Noël Wise
United States District Judge